**Order entered February 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01501-CR

### LEONARD GEORGE GOOCH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F12-57715-Y**

## ORDER

We **GRANT** Official Court Reporter Sharon Hazlewood's February 10, 2013 request for

an extension of time to file the reporter's record. The reporter's record shall be due on **March 8,**

**2013**.


/s/    LANA MYERS
         JUSTICE